IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| K AND S RESTORATIONS LLC, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> COLONY INSURANCE COMPANY, § <br> TWFG INSURANCE SERVICES LLC, § <br> *Defendants.* § | CIVIL ACTION NO. 4:23-cv-03017 |

**NOTICE OF WITHDRAWAL OF MOTION
AND REQUEST TO TERMINATE HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, ERIC DICK, Attorney for Plaintiff, K & S Restorations LLC, and hereby withdraws his Motion for Withdrawal of Counsel (Document 35) filed on October 23, 2024.

Plaintiff and counsel have re-established communication two months after filling the Motion to Withdraw as Counsel as therefore, given the recent communications, Counsel will proceed with its representation.

In connection with this withdrawal, Plaintiff's counsel respectfully requests that the Court terminate the hearing currently scheduled for December 13, 2024 at 9:30 AM.

                                                           Respectfully Submitted,

                                                           DICK LAW FIRM, PLLC
                                                           */s/* **Eric B. Dick**
                                                           Eric B. Dick, LL.M.
                                                           TBN: 24064316
                                                           DICK LAW FIRM, PLLC
                                                           3701 Brookwoods Drive

2

Houston, Texas 77092
(844) 447-3234 Office
eric@dicklawfirm.com
www.dicklawfirm.com
**ATTONER FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I certify that in accordance with the Federal Rules of Civil Procedure I served a true and correct copy of the above on the parties of record. This service was made in a manner appropriate under Federal Rules of Civil Procedure.

SIGNED on December 11, 2024.

**/s/ Eric B. Dick**
Eric Dick
TBN: 24064316