**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **K AND S RESTORATIONS LLC** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:23-cv-03017** |
| | § | |
| **COLONY INSURANCE COMPANY,** | § | |
| **TWFG INSURANCE SERVICES LLC** | § | |
| | § | |
| *Defendants* | § | |

### NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff K and S and Defendant Colony — the only remaining Parties — have agreed in principle to resolve this matter. They expect to finalize the language of the release in the coming days. Shortly after the settlement is finalized, and within 60 days of the filing of this Notice, the Parties will file a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41, which will dismiss all remaining claims.

WHEREFORE, the Parties pray that the Court take notice of the Parties' settlement and take no further action in this matter until such time that the Parties file their Rule 41 Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

_/s/ Matthew Rigney_
Stephen A. Melendi, Attorney-In-Charge
Texas Bar No. 24041468
Southern District Bar No. 38607
stephenm@tbmmlaw.com
Matthew Rigney
Texas Bar No. 24068636
Southern District Bar No. 2870042
mattr@tbmmlaw.com
Jelan A. Cato
Texas Bar No. 24107360
Southern District Bar No. 3881687
jelanc@tbmmlaw.com
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
Telephone: 214-665-0100
Facsimile: 214-665-0199
**ATTORNEYS FOR DEFENDANT**
**COLONY INSURANCE COMPANY**

## CERTIFICATE OF CONFERENCE

I hereby certify the undersigned conferred with counsel for Plaintiff regarding this Notice, and all remaining Parties to the case agree with the filing of this Notice.

_/s/ Matthew Rigney_
Matthew Rigney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure on February 7, 2025.

_/s/ Matthew Rigney_
Matthew Rigney